B8 (Official Form 8) (12/08)

# UNITED STATES BANKRUPTCY COURT
District of Maryland

In re  Charles Porter ,  Case No. 15-17293
           Debtor                                       Chapter 7

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A** - Debts secured by property of the estate. *(Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)*

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>Selene Finance<br>9990 Richmond, Suite 400<br>Houston, TX  77042 | **Describe Property Securing Debt:**<br>Residence |

Property will be *(check one)*:
   ☑ Surrendered       ☐ Retained

If retaining the property, I intend to *(check at least one)*:
   ☐ Redeem the property
   ☐ Reaffirm the debt
   ☐ Other. Explain _____ *(for example, avoid lien using 11 U.S.C. §522(f)).*

Property is *(check one)*:
   ☐ Claimed as exempt       ☑ Not claimed as exempt

| Property No. 2  *(if necessary)* | |
|---|---|
| **Creditor's Name:**<br>Santander Consumer USA<br>PO Box 961245<br>Fort Worth, TX 76161 | **Describe Property Securing Debt:**<br>2010 Nissan Sentra $150K miles |

Property will be *(check one)*:
   ☐ Surrendered       ☑ Retained

If retaining the property, I intend to *(check at least one)*:
   ☐ Redeem the property
   ☐ Reaffirm the debt
   ☑ Other. Explain  retain, keep current _____ *(for example, avoid lien using 11 U.S.C. §522(f)).*

Property is *(check one)*:
   ☐ Claimed as exempt       ☑ Not claimed as exempt

B8 (Official Form 8) (12/08)         Page 2

**PART B** - Personal property subject to unexpired leases. *(All three columns of Part B must be completed for Each unexpired lease. Attach additional pages if necessary.)*

| Property No. 1    NO Leased Property | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. §365(p)(2)): <br> ❏ YES     ❏ NO |

| Property No. 2 *(if necessary)* | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. §365(p)(2)): <br> ❏ YES     ❏ NO |

| Property No. 3 *(if necessary)* | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. §365(p)(2)): <br> ❏ YES     ❏ NO |

   0    continuation sheets attached *(if any)*

**I declare under penalty of perjury that the above indicates my intention as to any property of my Estate securing debt and/or personal property subject to an unexpired lease.**

Date: 7/6/2015            /s/ Charles Porter
                                               Signature of Debtor

                                               Signature of Joint Debtor